**FILED**

APR 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SERVICES A.G., and ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SKYLINE SECURITY MANAGEMENT, INC. (aka SIMPLY ALARMS), EDWIN ARROYAVE, VICTOR MARQUEZ, ALI BATIARA and ADDISON AMMO, <br><br> Defendants. | Case No. 2:12-CV-00828-JAM-JFM <br><br> The Hon. John A. Mendez <br><br> [~~PROPOSED~~] ORDER GRANTING THE *EX PARTE* APPLICATION OF DEFENDANTS SKYLINE SECURITY MANAGEMENT AND EDWIN ARROYAVE ~~TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE,~~ FOR AN ORDER SHORTENING TIME FOR NOTICE ON SKYLINE'S MOTION TO DISMISS OR TRANSFER <br><br> Trial Date: None Set |

322014.1

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1     Having considered the *ex parte* application of defendants Skyline Security
2 Management and Edwin Arroyave (collectively, "Skyline") to have Skyline's
3 motion to dismiss for improper venue or transfer to the Central District of California
4 (the "Venue Motion") heard before the motion of Plaintiffs ADT Services A.G. and
5 ADT Security Services, Inc. (collectively, "ADT") for a preliminary injunction
6 either by (1) continuing the May 16 hearing on ADT's Motion or (2) shortening
7 time for notice on Skyline's Venue Motion so it could be heard before May 2; and
8 finding good cause therefore:
9     IT IS HEREBY ORDERED THAT:
10     The hearing on the motion of ADT's motion for preliminary injunction,
11 currently noticed for May 16, 2012 at 9:30 a.m., ~~be continued to~~ *shall remain on calendar as scheduled*
12 ~~determination~~ before this Court. Skyline's opposition brief and ADT's reply
13 brief will be filed on the deadlines established by Rule 230 of the Local Rules of the
14 Eastern District of California.
15 ~~OR, in the alternative:~~
16     The hearing on Skyline's Venue Motion, currently set for May 16, 2012 at
17 9:30 a.m., shall be set for hearing on *MAY 9*, 2012, at *10* a.m., before
18 this Court. ADT's opposition brief will be filed and served by 5:00 p.m. on
19 *April 30*, 2012. Skyline's reply brief will be filed and served by 5:00
20 p.m. on *May 4*, 2012.

22 Dated: *April 23, 2012*

                                            Hon. John A. Mendez
                                            United States District Court Judge

24 Respectfully submitted by
    Browne George Ross LLP
25 Eric M. George
    Keith J. Wesley
26 Attorneys for Defendants Skyline Security Management, Inc.
27 and Edwin Arroyave

322014.1

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING
ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION