**FILED**

MAY 10 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SERVICES A.G., and ADT SECURITY SERVICES, INC., | Case No. 2:12-CV-00828-JAM-JFM |
| Plaintiff, | The Hon. John A. Mendez, Courtroom 6 |
| vs. | [PROPOSED] ORDER ON MOTION OF DEFENDANTS SKYLINE SECURITY MANAGEMENT AND EDWIN ARROYAVE TO DISMISS FOR IMPROPER VENUE OR TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA |
| SKYLINE SECURITY MANAGEMENT, INC. (aka SIMPLY ALARMS), EDWIN ARROYAVE, VICTOR MARQUEZ, ALI BATIARA and ADDISON AMMO, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON MOTION TO DISMISS OR TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA

1    The motion of defendants Skyline Security Management and Edwin Arroyave

2 ("Skyline") to dismiss for improper venue or transfer to the Central District of

3 California came before this Court for hearing on May 9, 2012. (Doc. 19.) Having

4 considered the motion, the parties' supporting and opposing documents, the

5 pleadings and papers filed in this action, and any argument of counsel presented at

6 the hearing on the motions,

7    IT IS HEREBY ORDERED as follows:

8    1.    Skyline's motion to transfer to the Central District of California under

9 28 U.S.C. §1404(a) is GRANTED for the reasons stated on the record during the

10 May 9, 2012 hearing.

11    2.    Skyline's motion to dismiss or transfer for improper venue under Rule

12 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. §1406(a) is DENIED

13 as moot.

14    3.    All deadlines and hearings set in this action are hereby terminated,

15 including the hearings on the motions of plaintiff ADT Services A.G. and ADT

16 Security Systems, Inc. for a preliminary injunction, currently set for hearing on May

17 16, 2012, and for expedited discovery, currently set for hearing on May 10, 2012 –

18 *see* Doc. 32.

19

20 Dated: May 10, 2012          By:

21                                    Hon. John A. Mendez
                                     United States District Court Judge

22 Respectfully submitted by:

23 PEPPER HAMILTON LLP
   Jeffrey M. Goldman
24 M. Kelly Tillery
   Sean P. McConnell
25 Attorneys for Plaintiffs ADT Services A.G.
   and ADT Security Services, Inc.

26

27

28

[PROPOSED] ORDER ON MOTION TO DISMISS OR TO TRANSFER TO THE CENTRAL DISTRICT OF
CALIFORNIA