E-FILED: 05-01-2013

Keith G. Bremer, State Bar No. 155920
kbremer@bremerwhyte.com
Jeremy Johnson, State Bar No. 214989
jjohnson@bremerwhyte.com
Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Third Party Defendant and Cross-Claimant,
ALL SECURITY, LLC

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SERVICES A.G. and ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYLINE SECURITY MANAGEMENT, INC. (aka SIMPLY ALARMS), EDWIN ARROYAVE, VICTOR MARQUEZ, ALI BATIARA and ADDISON AMMO, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:12-04156 PSG (CWx) <br><br> **ORDER DISMISSING ALL SECURITY, LLC'S CROSS-COMPLAINT** <br><br> Trial Date: August 20, 2013 |

Pursuant to the stipulation of Cross-Claimant ALL SECURITY, LLC and Cross-Defendant ADISON AMMO, IT IS ORDERED dismissing ALL SECURITY, LLC'S Cross-Complaint in this matter.

Dated: ___April 30___, 2013

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
Judge, United States District Court

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

H:\1235\786\CF\Prop Order to Dismiss XC.doc

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On April 30, 2013, I served the within document(s) described as:

ORDER DISMISSING ALL SECURITY, LLC'S CROSS-COMPLAINT

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the ECF Central District's system for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by ECF Central District's system. A copy of the ECF Central District filing receipt page will be maintained with the original document(s) in our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2013, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

Deborah Hernandez
(Type or print name)                    (Signature)

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1235\786\PROOF OF SERVICE.doc

**ADT Services, et al. v. Skyline Security Management, Inc., et al.**

**Case No. 2:12-cv-04156-PSG-CW**

**BWB&O CLIENT:** All Security, LLC
**BWB&O FILE NO.:** 1235.786

**SERVICE LIST**

| | | |
|---|---|---|
| Harry "Hap" P. Weitzel<br>Jeffrey M. Goldman<br>Pepper Hamilton LLP<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>weitzelh@pepperlaw.com<br>goldmanj@pepperlaw.com<br>949.863.0151 fax<br><br>Attorneys for Plaintiffs ADT Services A.G. and ADT Security Services, Inc. | M. Kelly Tillery<br>Noah S. Robbins<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>tilleryk@pepperlaw.com<br>robbinsn@pepperlaw.com<br>mcconnells@pepperlaw.com<br>215.981.4750 fax<br><br>Attorneys for Plaintiffs ADT Services A.G. and ADT Security Services, Inc. | Eric M. George<br>Keith J. Wesley<br>Lori Sambol Brody<br>Browne George Ross LLP<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, CA 90067<br>egeorge@bgrfirm.com<br>kwesley@bgrfirm.com<br>310.275.5697 fax<br><br>Attorneys for Defendants and Third-Party Plaintiffs Skyline Security Management, Inc. and Edwin Arroyave |
| Richard P. Petersen<br>Law Offices of Richard P. Peterson<br>2015 Montrose Avenue<br>Montrose, CA 91020<br><br>(818) 957-5832<br>(818) 541-9165 Fax<br><br>Email: rppesq1@hotmail.com<br><br>Attorneys for Third Party Defendant MILLENNIUM ALARM SYSTEM | Tim M. Agajanian<br>Katherine A. Winder<br>Murchison & Cumming, LLP<br>801 South Grand Avenue, 9th Floor<br>Los Angeles, CA 90017<br>tagajanian@murchisonlaw.com<br>kwinder@murchisonlaw.com<br>(213) 623-7400<br>(213) 623-6336 fax<br><br>Attorneys for Defendant Adison Ammo erroneously sued as Addison Ammo | |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\1235\786\PROOF OF SERVICE.doc